Greg Chaney
CHANEY LAW OFFICE
efile@gregchaneylaw.com
I.S.B. 10513
P.O. Box 489
Caldwell, Idaho 83606
Telephone: (208) 314-3850
Facsimile: (208) 549-9612
Attorney for Dennis Montgomery, Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS MONTGOMERY,<br><br>          Plaintiff,<br><br>vs.<br><br>KIT HOMEBUILDERS WEST, LLC,<br>          Defendant. | Case No. 1:19-CV-00140<br><br>LOCAL RULE 4.1 STATUS REPORT |

**COMES NOW,** Plaintiff Dennis Montgomery by and through his attorney of record, Greg Chaney, of the law firm Chaney Law Office, PLLC, and in accordance with Rule 4.1, Local Rules for the United States District Court for the District of Idaho gives the following status update:

As of the date of this filing, Summons and Complaint has neither been served upon Defendant nor has Defendant waived service, nor has formal request been made for waiver of service.

LOCAL RULE 4.1 STATUS REPORT - 1:19-CV-00140                                              PAGE 1 OF 2

Negotiations between the parties are ongoing and Defendant has informally been provided with a copy of the Complaint.  Plaintiff intends to make a formal request for waiver within sixty (60) days following this notice unless the case is settled, and the case is dismissed.

**DATED** this 31st day of May 2019.

CHANEY LAW OFFICE, PLLC


BY: _____*Greg Chaney*_____
Greg Chaney
*Attorney for Plaintiff*
