Greg Chaney
CHANEY LAW OFFICE
efile@gregchaneylaw.com
I.S.B. 10513
P.O. Box 489
Caldwell, Idaho 83606
Telephone: (208) 314-3850
Facsimile: (208) 549-9612
Attorney for Dennis Montgomery, Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS MONTGOMERY,<br>        Plaintiff,<br><br>vs.<br><br>KIT HOMEBUILDERS WEST, LLC,<br>        Defendant. | Case No. 1:19-CV-00140<br><br>NOTICE OF DISMISSAL |

**COMES NOW,** Plaintiff Dennis Montgomery by and through his attorney of record, Greg Chaney, of the law firm Chaney Law Office, PLLC, and in accordance with Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure hereby gives notice that the above-entitled case is hereby DISMISSED WITH PREJUDICE.

**DATED** this 27th day of July 2019.              CHANEY LAW OFFICE, PLLC

                                                                          BY: _____
                                                                          Greg Chaney
                                                                          *Attorney for Plaintiff*